# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO.: 15-21629-CIV-MGC

MIGUEL ANTONIO JARQUIN BELLO, )
CESAR AUGOSTO MATUTE, MANUEL )
SALVADOR JARQUIN OBANDO, and all )
others similarly situated under 29 U.S.C. )
216(b), )
  )
         Plaintiff, )
vs. )
  )
HYBRID CONCRETE STRUCTURES, )
LLC, )
GERRY P HARKINS, )
  )
         Defendants. )
_____ )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
HYBRID CONCRETE STRUCTURES, LLC
Registered Agent: Gerry P Harkins
507 Lost Key Drive
Pensacola, FL 32507

         A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 6, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO.: 15-21629-CIV-MGC

| | |
|---|---|
| MIGUEL ANTONIO JARQUIN BELLO, CESAR AUGUSTO MATUTE, MANUEL SALVADOR JARQUIN OBANDO and all others similarly situated under 29 U.S.C. 216(b), <br><br>             Plaintiff, <br>     vs. <br><br>HYBRID CONCRETE STRUCTURES, LLC, <br>GERRY P HARKINS, <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
GERRY P HARKINS
507 Lost Key Drive
Pensacola, FL 32507

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 6, 2015** _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts