## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO JARQUIN BELLO,
CESAR AUGOSTO MATUTE, and all
others similarly situated under 29 U.S.C. 216(b),
MANUEL SALVADOR JARQUIN OBANDO,

      Plaintiffs,

vs.

HYBRID CONCRETE STRUCTURES, LLC
and GERRY P. HARKINS,

      Defendants.

_____/

### NOTICE OF JOINT MOTIONS

      The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

      **DONE and ORDERED** in chambers in Miami, Florida this 15th day of May 2015.

                                               _Marcia G. Cooke_
_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*