UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO
JARQUIN BELLO,

    Plaintiff,

vs.

CESAR AUGOSTO MATUTE and
all others similarly situated under
29 U.S.C. 216(b), *et al.*

    Defendants.
_____/

**ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL
DEADLINES AND ORDER REFERRING TO MAGISTRATE**

Pursuant to Local Rule 16.1 and the Court's internal operating procedures, it is hereby **ORDERED** as follows:

1.   **Trial Date and Calendar Call**. This case is set for trial on the Court's two-week trial period commencing Monday, **March 21, 2016**, **at 9:30 a.m.,** before the undersigned United States District Judge at the Wilkie D. Ferguson, Jr. United State Courthouse, Courtroom 11-2, 400 North Miami Avenue, Miami, Florida 33128. Calendar Call shall be held on Wednesday, **March 16, 2016 at 3:00 p.m.,** at the same location. The case shall be assigned to the expedited case management track.

2.   **Pretrial Conference**. No Pretrial Conference shall be held in this action, unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

3.   **Pretrial Deadlines**. The pretrial deadlines are as follows:

| | |
|---|---|
| [June 22, 2015] | Defendant's response to Plaintiff's Statement of Claim |
| [July 6, 2015] | Joinder of parties and claims, and amendment of pleadings. |
| [July 20, 2015] | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called |

|  | at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
|---|---|
| [November 5, 2015] | All fact discovery must be completed. |
| [October 19, 2015] | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| [November 5, 2015] | All dispositive pretrial motions and memoranda of law must be filed. |
| [November 19, 2015] | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| [December 7, 2015] | Mediation must be completed. The Court has issued concurrently herewith a separate Order of Referral. |
| [January 5, 2016] | All expert discovery must be completed. |
| [January 19, 2016] | All *Daubert* motions and accompanying memoranda of law must be filed. |
| [February 5, 2016] | (a) A Joint Pretrial Stipulation must be filed. The stipulation shall conform to Local Rule 16.1(e) and include a joint, neutral summary of the claims and defenses in the case, not to exceed one short paragraph per litigant claim, to be read as an introduction for *voir dire* examination. The Court will not accept unilateral pretrial stipulations, and will strike *sua sponte* any such submissions. Should any of the parties fail to cooperate in the preparation of the joint pretrial stipulation, all other parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court shall issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) have failed to comply with the Court's order. A copy of the joint pretrial stipulation shall be emailed to Cooke@flsd.uscourts.gov, in MS Word, format at the time of filing; and |

|  | (b) A Joint Summary of the Parties' Motion(s) *In Limine* must be filed.  The joint summary shall contain a cover page providing the style of the case and an index of the motion(s) *in limine*.  For each evidentiary issue, the joint summary must include: a one page argument identifying the evidence sought to be excluded or included at trial and citing legal authority supporting exclusion or inclusion; and a one page response to the argument citing legal authority in support of admission or exclusion of the disputed evidence.  The parties shall work together to prepare the joint summary, and are encouraged to resolve evidentiary issues through stipulation.  **Motions *in limine* will not be accepted in any other form.** |
|---|---|
| [February 19, 2016] | (a) Final proposed jury instructions and verdict form must filed.[1]  The parties shall submit a SINGLE, JOINT set of proposed jury instructions and verdict form, though the parties need not agree on the proposed language of each or any instruction or question on the verdict form.  Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Calisto MT 14-point typeface.  Instructions and questions proposed only by the plaintiff(s) to which the defendant(s) object shall be italicized.  Instructions and questions proposed only the defendant(s) to which the plaintiff(s) object shall be bold-faced.  Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority.  Each disputed jury instruction shall also state the basis for the objection(s) at the bottom of the sheet, before the citations of authority.  In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.  A copy of the proposed jury instructions and verdict form shall be emailed to Cooke@flsd.uscourts.gov, in MS Word format, at the time of filing;<br><br>(b) A trial witness list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination;<br><br>(c) A list of witnesses with some identifying information (address or place of employment) to provide to jury; and |

---

[1] If this action is to be set for a bench trial the Parties are directed to submit proposed findings of fact and conclusions of law in lieu of proposed jury instructions.

|  | (d) Proposed *voir dire* questions specific to the case (general *voir dire* questions should not be included). |
|---|---|

     4.     **Trial Instructions**.  All exhibits must be pre-marked.  The Plaintiff's exhibits shall be marked numerically preceded by the letter "P."  Defendant's exhibits shall be marked numerically preceded by the letter "D."  For example, Plaintiff's exhibit shall be marked P-1, P-2, P-3 etc. Likewise, Defendant's exhibit shall be marked D-1, D-2, D-3 etc. A typewritten exhibit list setting forth the number and letter, and description of each exhibit must be submitted at the time of trial.  The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office.

     5.     **Motions for Extensions and Continuance**.  Barring the most extreme of compelling circumstances, **the Court will *not* grant *any* motions for extensions of time or a continuance**. A motion for continuance will not stay the requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, a motion for continuance will not be considered if not filed at least fourteen (14) days prior to the date on which the trial calendar is scheduled to commence.

     6.     **Referral to Magistrate**.  The above-styled action is referred to the Honorable Edwin G. Torres, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution of all non-dispositive pretrial matters, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B).  Motions *In Limine* and any motion affecting deadlines set by the Court's Scheduling Order are excluded from this referral, unless specifically referred by separate order.  It shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge Torres on the case number caption (i.e., Case No. 14-1234-CIV-COOKE/TORRES).

     7.     In addition to complying with Local Rule 5.1, ***all* filings must be double-spaced**, any motion and accompanying memorandum of law shall not exceed **a combined length of twenty pages**, and all non-dispositive motions **must be accompanied by a proposed order strictly adhering to the following requirements**:

         a.     **12 pt. Calisto MT font**

         b.     **One inch margins on all sides**

         c.     **1/2 inch tab setting**

        d.    **Full Justified**

        e.    **Conforming to the exemplar form order found on the last page of this order.**

        f.    **Filed electronically with the corresponding motion.**

        g.    *Additionally*, **e-mailed as a MS Word document to cooke@flsd.uscourts.gov. The subject line of the e-mail shall include the** *case number*, *case name*, **and** *docket entry number* **of the corresponding motion.**

**Failure to comply with the foregoing requirements may result in the relevant motion being denied without prejudice.**

    8.    **Settlement**. If this case is settled, counsel are directed to inform the Court promptly by calling Chambers and submitting an appropriate motion for settlement approval and conditional stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1), within ten (10) days of notification of settlement to the Court as set forth in Paragraph 10. The case will remain on the trial calendar until the Court enters an order dismissing the action.

    9.    **Non-Compliance**. Non-compliance with any provision of this Order may subject the offending party to sanctions, including dismissal of claims or striking of defenses. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

    10.    **Resolution without the Court.** Should the matter be settled or otherwise resolved between the Parties, a notice indicating the same shall be filed immediately.

    11.    **Election to Magistrate Jurisdiction.** Within thirty (30) days from the date of this Order, the parties shall jointly complete and file with the Court the Election to Jurisdiction By a United States Magistrate Judge for Final Disposition of Motions Form appended to this Order. The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 10th day of June 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO
JARQUIN BELLO,

    Plaintiff,

vs.

CESAR AUGOSTO MATUTE and
all others similarly situated under
29 U.S.C. 216(b), *et al.*

    Defendants.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs      Yes _____    No _____
2. Motions for Attorney's Fees      Yes _____    No _____
3. Motions for Sanctions      Yes _____    No _____

_____      _____
(Date)      (Signature-Plaintiff's Counsel)

_____      _____
(Date)      (Signature-Plaintiff's Counsel)

_____      _____
(Date)      (Signature-Defendant's Counsel)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO
JARQUIN BELLO,

    Plaintiff,

vs.

CESAR AUGUSTO MATUTE and
all others similarly situated under
29 U.S.C. 216(b), *et al.*

    Defendants.
_____/

**ELECTION TO JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO
JARQUIN BELLO,

    Plaintiff,

vs.

CESAR AUGOSTO MATUTE and
all others similarly situated under
29 U.S.C. 216(b), *et al.*

    Defendants.
/

## TITLE OF ORDER

    THIS MATTER is before the Court upon [**Plaintiff/Defendant, insert name(s),**] Motion for…, [**DE (insert docket entry number)**], filed [**insert date**].

    The Court, having reviewed the Motion and being advised fully in the premises, hereby

    ORDERS and ADJUDGES as follows:

    [**Insert text of proposed judgment and order.**]

    DONE and ORDERED in chambers, at Miami, Florida, this __ day of [**insert month**], 2012.

    _____
    MARCIA G. COOKE
    UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*