UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21629-Civ-COOKE/TORRES

MIGUEL ANTONIO JARQUIN BELLO,
CESAR AUGUSTO MATUTE, MANUEL
SALVADOR JARQUIN OBANDO, and
all others similarly situated under 29
U.S.C. § 216(b),

    Plaintiffs,

vs.

HYBRID CONCRETE STRUCTURES,
LLC, and GERRY P. HARKINS,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

    THIS CASE is before me upon Plaintiffs' Motion for Final Default Judgment (ECF No. 21).  I have reviewed the record and note the default entered by the Clerk of the Court (ECF No. 20) as to Defendants Hybrid Concrete Structures, LLC and Gerry P. Harkins for their failure to appear, answer or otherwise respond to the Summons and Complaint within the time required by law.  As of the date of this Order, Defendants Hybrid Concrete Structures, LLC and Gerry P. Harkins have failed or otherwise refused to defend this lawsuit.

    Accordingly, it is **ORDERED and ADJUDGED** that Defendants Hybrid Concrete Structures, LLC and Gerry P. Harkins shall show cause within seven (7) days of the date of this Order why Plaintiffs' Motion for Final Default Judgment should not be granted.  Plaintiff shall serve this Order on Defendants Hybrid Concrete Structures, LLC and Gerry P. Harkins via U.S. Mail at the address at which they effected service on them.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of June 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*